EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                                    Chapter 11
                                                                          Case No.19-22734-RDD
     AMY CAPPELLO-STELLWAGEN,

                                  Debtor.
------------------------------------------------------X

STATE OF NEW YORK      )
                              ) SS.:
COUNTY OF WESTCHESTER    )

     Efrosini Palmer being duly sworn, deposes and states:

1. I am a licensed real estate broker with Houlihan Lawrence, a market leader in sales and superior marketing.

2. I have over 17 years of experience and over $158,000,000 in sales.

3. I have acted as both a buyer's and seller's agent for sales of single family homes.

4. I was engaged to sell the Debtor's home at 429 Beach Avenue, Mamaroneck, New York (the "Property") in February 2019 at which time we had over 20 showings and received six separate offers.

5. The first offer was for $899,000; the second offer for $960,000, was rescinded after the potential buyers inspected the property and were made aware of the repairs that were required; the third offer was for $927,000, which was reduced to $914,500 after inspection.

6. The sellers accepted the highest offer of $914,500, and went into contract in March 2019.

7. There were two additional offers for $830,000 and $905,000 that came through after the accepted offer which were rejected.

8. In my opinion the house has been marketed extensively and the current pending sale at $914,500 is the best price the Property could obtain in a reasonable amount of time.

9. To the best of the debtor's knowledge, Realtor has no connection with, and no interest adverse to, the debtor, its creditors, other parties in interest, or their respective attorneys or accountants or the U.S. Trustee.

Dated: Larchmont, New York
April 9, 2019

Houlihan Lawrence

By: _____
Efrosini Palmer, Broker

---

Subscribed and Sworn to before me this  9  day of  APRIL  2019.

_____
Notary Public
My commission expires: 04/24/2021

HERNANDO AGUILAR
Notary Public, State of New York
No. 01AG6357782
Qualified in Westchester County
Commission Expires April 24, 20 21